

# Exhibit
# 3
## (Part 1)

# MASTER AGREEMENT

BETWEEN THE

# CITY OF DETROIT

AND

# MICHIGAN COUNCIL 25

OF THE AMERICAN FEDERATION OF STATE COUNTY AND
MUNICIPAL EMPLOYEES, AFL-CIO
(NON-SUPERVISORY BARGAINING UNIT)

## 2001 -2005

Exh.6

# 2001-2005 MASTER AGREEMENT
## CITY OF DETROIT/AFSCME, MICHIGAN COUNCIL 25
Non-Supervisory Bargaining Unit

# TABLE OF CONTENTS
### in Order of Appearance in the Contract

| Article Number | | Page Number |
|---|---|---|
| | Agreement | 1 |
| | Purpose and Intent | 1 |
| 1. | Recognition of Union | 1 |
| 2. | Management Rights and Responsibilities | 2 |
| 3. | Union Rights | 3 |
| 4. | Agency Shop | 3 |
| 5. | Dues Check-Off | 3 |
| 6. | Service Fee Check-Off | 5 |
| 7. | Stewards, Chief Stewards, Committeeperson, and Alternates | 5 |
| 8A | Grievance Procedure | 6 |
| 8B | Grievance Procedure | 10 |
| 9. | Stipulations to the Grievance Procedure | 13 |
| 10. | Time Limit on Monetary Claims | 14 |
| 11. | Disciplinary Procedures | 15 |
| 12. | Special Conference | 18 |
| 13. | Health and Safety | 19 |
| 14. | Seniority | 20 |
| 15. | Seniority of Union Representatives | 23 |
| 16. | Reduction in Force, Lay Off, Demotion, and Recall | 24 |
| 17. | Unemployment Compensation Supplemental Unemployment Benefits | 27 |
| 18. | Transfer and Promotions | 29 |
| 19. | Contractual Work | 36 |
| 20. | Veterans–Reserves– Education | 36 |
| 21. | Maintenance of Conditions | 36 |
| 22. | Leave of Absence | 36 |
| 23. | Funeral Leave | 40 |
| 24. | Sick Leave | 41 |
| 25. | Longevity Pay | 43 |
| 26. | Work Week, Work Day, Shift Premium | 44 |
| 27. | Overtime | 46 |
| 28. | Holidays and Excused Time Off | 47 |
| 29. | Unused Sick Leave on Retirement | 50 |

# TABLE OF CONTENTS
### in Order of Appearance in the Contract

| Article Number | | Page Number |
|---|---|---|
| 30. | Vacations | 50 |
| 31. | Rates for New Positions | 50 |
| 32. | Temporary Assignments | 53 |
| 33. | Jury Duty | 55 |
| 34. | Hospitalization, Medical, Dental and Optical Care Insurance | 56 |
| 35. | Workers' Compensation | 58 |
| 36. | Death Benefits and Life Insurance | 60 |
| 37. | Union Bulletin Board | 63 |
| 38. | Supplemental Agreements | 63 |
| 39. | Strikes and Lockouts | 63 |
| 40. | Savings Clause | 64 |
| 41. | Wages | 64 |
| 42. | Clothing and Uniform Allowances | 66 |
| 43. | Successor Clause | 66 |
| 44. | Employee Assistance Program | 66 |
| 45. | Career Development and Training | 68 |
| 46. | Social Security | 69 |
| 47. | Equal Employment Opportunity and Affirmative Action Statement | 69 |
| 48. | Retirement | 69 |
| 49. | Tuition Refund | 73 |
| 50. | Protection Clause | 74 |
| 51. | Confidential Employees | 74 |
| 52. | Modification and Termination | 75 |
| | Signature Page | 75 |

**Memorandum of Understanding**

| | Page |
|---|---|
| Re: Adoption of a Cafeteria Plan | 78 |
| Re: Application of Terms and Conditions of the Master Agreement to Member of AFSCME Local 273, Detroit Registered Nurses Organization | 79 |
| Re: Classification Changes and Special Wage Adjustments | 83 |
| Re: Contractual Work - Pilot Program | 87 |

# TABLE OF CONTENTS

## in Order of Appearance in the Contract

| Memorandum of Understanding | Page Number |
|---|---|
| Re: Defense and Indemnification f Employees Against Damage Suits, Claims Etc. | 88 |
| Re: Downtown Parking Availability; Transportation Choices to Downtown Worksites | 89 |
| Re: Former Community Nutrition Workers | 90 |
| Re: Joint Labor/Management Review of Contracting-Out Situations | 91 |
| Re: Joint Study Committee on Classification Questions Duty Specifications, Multiple Titles, Allied Classes | 92 |
| Re: Labor/Management Committees | 93 |
| Re: Local Union Presidents | 95 |
| Re: Miscellaneous | 98 |
| Re: National Health Care | 99 |
| Re: Precedence of Americans with Disabilities and Michigan Handicappers' Civil Rights Act Obligations to Disabled Persons | 100 |
| Re: Private Care Mileage Reimbursement | 102 |
| Re: Procedure for Elimination of the Backlog of Grievances Which Arose Under the 1998-2001 Master Agreement | 104 |
| Re: Required Licenses and Renewals | 106 |
| Re: Skilled Trades. | 108 |
| Re: Staff Representatives | 113 |
| Re: Supplemental Agreements with Department of Transportation Locals 214 and 312 | 114 |
| Re: Supplemental Negotiations | 115 |
| Re: 2005 Negotiations | 116 |
| Re: Wastewater Solids Supple Agreement Between City of Detroit/Water & Sewerage Department and Minergy Detroit, LLC; Protecting AFSCME Bargaining Unit Members' Employment Interests | 117 |
| Re: Welfare to Work Program | 120 |

| Letters of Understanding | |
|---|---|
| Re: Building Trades Classifications - Department of Transportation | 121 |
| Re: Eligibility Standards of Driving Assignments | 122 |
| Re: Jurisdictional Disputes | 123 |
| Re: Miscellaneous Time Off Provisions | 124 |
| Re: Union's Pay Equity Study | 126 |

# TABLE OF CONTENTS
### in Order of Appearance in the Contract

|  |  | Page Number |
|---|---|---|
| **Exhibits:** | | |
| I | Bargaining Unit Classifications | 127 |
| II | Health Care Plans | 142 |
| III | Long Term Disability Benefits (Income Protection Plan) | 157 |
| IV | Holiday Schedule | 162 |
| V | Six Year Progression from Minimum to Maximum for Certain Hourly-Rated Classifications | 163 |
| VI | Deduction/Revocation Authority Form | 164 |

# ALPHABETICAL LISTING

## of Articles, Memoranda and Letters of Understandings, and Exhibits

Contents

| | Page Number |
|---|---|
| Agency Shop | 3 |
| Agreement | 1 |
| Americans with Disability and Michigan Handicappers' Civil Rights Act | 100 |
| Bulletin Board, Union | 63 |
| Cafeteria Plan, Adoption of | 78 |
| Career Development and Training | 68 |
| Classifications, Bargaining Unit | 127 |
| Classification Questions, Joint Study Committee | 92 |
| Clothing and Uniform Allowances | 66 |
| Community Nutrition Workers | 90 |
| Confidential Employees | 74 |
| Contracting-Out, Joint Labor Management Review | 91 |
| Contractual Work | 36 |
| Contractual Work, Pilot Program | 87 |
| Death Benefits and Life Insurance | 60 |
| Defense and Indemnification of Employees Against Damage Suits, Claims | 88 |
| Disciplinary Procedures | 15 |
| Driving, Eligibility Standards | 122 |
| Dues Check-Off | 4 |
| Dues (Service Fees) Deduction/Revocation Authority Form | 164 |
| Employee Assistance Program | 66 |
| Equal Employment Opportunity and Affirmation Action Statement | 69 |
| Funeral Leave | 40 |
| Grievance Backlog, Procedure for Elimination of | 104 |
| Grievance Procedure (Non-Umpire) | 6 |
| Grievance Procedure, Stipulations to the | 13 |
| Grievance Procedure (Umpire System) | 10 |
| Health and Safety | 19 |
| Health Care, National | 99 |
| Health Care Plan | 142 |
| Holiday and Excused Time Off | 47 |
| Holiday Schedule | 162 |

# ALPHABETICAL LISTING
### of Articles, Memoranda and Letters of Understandings, and Exhibits

## Contents

| | Page Number |
|---|---|
| Hospitalization, Medical, Dental and Optical Care Insurance | 56 |
| Jurisdictional Disputes | 123 |
| Jury Duty | 55 |
| Labor/Management Committee | 93 |
| Leaves of Absence | 36 |
| License and Renewals | 106 |
| Local Union Presidents | 95 |
| Local Union Representation by Department | 140 |
| Long Term Disability (Income Protection Plan) | 157 |
| Longevity Pay | 43 |
| Maintenance of Conditions | 36 |
| Management Rights and Responsibilities | 2 |
| Mileage Reimbursement, Private Car | 102 |
| Miscellaneous | 98 |
| Modification and Termination | 75 |
| Monetary Claims, Time Limits on | 14 |
| Overtime | 46 |
| Parking Availability and Transportation Choices, Downtown Worksite | 89 |
| Pay Progression, Special Provisions for Certain Classifications | 163 |
| Pay Progression, Step Codes | 141 |
| Protection Clause | 74 |
| Purpose and Intent | 1 |
| Rates for New Positions | 52 |
| Reduction in Force, Lay Off, Demotion, and Recall | 24 |
| Registered Nurses Organization, Application of Terms and Conditions | 79 |
| Retirement | 69 |
| Saving Clause | 64 |
| Seniority | 20 |
| Seniority of Union Representatives | 23 |
| Service Fee Check-Off | 5 |
| Sick Leave | 41 |
| Sick Leave, Unused on Retirement | 50 |

# ALPHABETICAL LISTING
## of Articles, Memoranda and Letters of Understandings, and Exhibits

|  | Page Number |
|---|---|

## Contents

| | |
|---|---|
| Signature Page | 75 |
| Skill Trades | 108 |
| Social Security | 69 |
| Special Conference | 18 |
| Staff Representatives | 113 |
| Stewards, Chief Stewards, Comitteepersons, and Alternates | 5 |
| Strikes and Lockouts | 63 |
| Successor Clause | 66 |
| Supplemental Agreements | 63 |
| Supplemental Negotiations | 115 |
| Temporary Assignments | 53 |
| Time Off Provisions, Miscellaneous | 124 |
| Transfer and Promotions | 29 |
| Transportation, Department of Building Trades Classifications | 121 |
| Transportation, Department of Supplemental Agreements | 114 |
| Tuition Refund | 73 |
| 2005 Negotiations | 116 |
| Unemployment Compensation Supplemental Unemployment Benefits | 27 |
| Union, Recognition | 1 |
| Union Rights | 3 |
| Union's Pay Equity Study | 126 |
| Vacations | 50 |
| Veterans–Reserves–Education | 36 |
| Wages | 64 |
| Wages, Special Adjustments | 83 |
| Wastewater Solids Supply Agreement between DWSD and Minergy | 117 |
| Welfare to Work | 120 |
| Work Week, Work Day, Shift Premium | 44 |
| Workers' Compensation | 58 |

# AGREEMENT

This Agreement is entered into between the City of Detroit, a Michigan Municipal Corporation (hereinafter referred to as the EMPLOYER or the CITY) and the local unions defined in Exhibit I, and Michigan Council 25 of the American Federation of State, County and Municipal Employees, AFL-CIO and such other recognized locals and units which shall, by agreement between the parties, come under the terms of this Agreement (hereinafter referred to as the UNION).

**Note:** The headings used in this Agreement and Exhibits neither add to nor subtract from the meanings but are for reference only.

# PURPOSE AND INTENT

A. The general purpose of this Agreement is to set forth wages, hours, terms and conditions of employment for the duration of this Agreement and to promote orderly and peaceful labor relations for the mutual interest of the City of Detroit in its capacity as an Employer, the Employees, the Union, and the citizens of the City of Detroit.

B. The parties recognize that the interest of the community and the job security of City employees are dependent upon the parties working together toward achieving the goal of customer service excellence for citizens, businesses and visitors of Detroit; and accomplishing the Employer's initiatives of effective community policing, safe and stimulating programs for young people, and improving the environment in neighborhoods to instill civic pride and encourage new development.

C. To these ends the Employer and the Union encourage to the fullest degree, friendly and cooperative relations between the respective representatives at all levels and among all employees.

D. It is agreed by the City and the Union that the City is legally and morally obligated to provide equality of opportunity, consideration, and treatment of all employees of the City and, accordingly, to establish policies and regulations that will insure such equality of opportunity, consideration and treatment of all persons employed in the bargaining unit in all phases of the employment process, without regard to race, color, creed, national origin, age, political orientation, sex, sexual orientation, marital status, or disability in accordance with applicable State and Federal laws.

# 1. RECOGNITION OF UNION

A. Pursuant to and in accordance with all applicable provisions of Act 336 of the Public Acts of 1947, as amended, the Employer does hereby recognize the Union as the sole and exclusive representative for the purpose of collective bargaining in respect to rates of pay, wages, hours of employment and other terms and conditions of employment for the term of this Agreement of all employees of the Employer included in the bargaining units described in Exhibit I, attached.

New classes which clearly fall within the bargaining unit may be added by mutual agreement between the parties.

The City may not re-classify or re-title positions currently filled by bargaining unit members for the purpose of undermining the unit.

B. The City will not promote any labor group or organization which purports to engage in collective bargaining or make any agreement with any labor group or organization which would violate any rights of the Union under the Agreement.

C. Provisional employees will not be used to replace or in lieu of Civil Service status employees in classifications in the recognized bargaining units, unless it is impossible to hire Civil Service status employees either from within or from outside the City service.

All such provisional appointments shall be in accordance with Human Resources Department Rules as adopted by the Civil Service Commission as in effect on July 1, 2001 (**"July 1, 1999 Edition"**).

D. Charter changes which do not affect the operational functions of represented employees shall not affect representation rights.

E. When an operational function remains unchanged, but changes location, representation rights shall not be affected.

F. In all other changes of operational functions the employee has the right to retain membership in the Union.

## 2. MANAGEMENT RIGHTS AND RESPONSIBILITIES

Consistent with the express terms of this Agreement:

A. The Union recognizes the prerogatives of the City to operate and manage its affairs in all respects in accordance with its responsibilities and powers of authority as set forth in the Charter and the Home Rule Act.

B. The City reserves the right to discipline and discharge for just cause. The City shall have the right to determine reasonable schedules of work and to establish the method and processes by which such work is performed, provided they do not conflict with the terms of this Agreement. The Union shall have the right to grieve on the interpretation and application of these provisions.

C. Except as specifically abridged, delegated, granted, or modified by this Agreement, or any supplementary agreements that may hereafter be made, all of the rights, powers, and authority the City had prior to the signing of this Agreement are retained by the City and remain exclusively and without limitations within the rights of the City.

# 3. UNION RIGHTS

A. Any member shall have the right to discussion or services of his/her steward or chief steward. When such a request is made to the supervisor, permission for services or discussion shall be granted without undue delay. This right shall not be abused.

B. Activities involving internal management of the Union such as collection of dues, assessment of other funds, membership meetings, campaign for office, distribution of literature, or conducting of membership drives may be conducted during non-working hours. However, it is agreed these activities shall not interfere with normal work operations of any department or work area of the City.

# 4. AGENCY SHOP

A. Employees not members of the Union who desire membership in the recognized bargaining units shall confirm their desire to join for the duration of the Agreement by initiating their union application form and dues deduction authorization forms. Employees will be admitted to Union membership without the payment of an initiation fee providing their Union membership application is submitted within ninety (90) days of the effective date of this Agreement.

B. Any person certified and employed with the City on/or after October 11, 1947 and is covered by this Agreement, who is not a member of aforesaid Union and does not make application for membership within ninety (90) days from the effective date of this Agreement or from the date of employment whichever is later, shall, as a condition of employment, pay to the Union each month a service fee as a contribution towards the administration of this Agreement, in an amount determined by the Union in accordance with applicable law. Such service fee shall be paid on/or after his/her ninety-first (91st) day of employment or ninety (90) days after the effective date of this Agreement, whichever is later. Employees who fail to comply with this requirement shall be discharged by the Employer within thirty (30) days after receipt of written notice to the Employer from the Union, unless the City is otherwise notified by the Union, in writing, within said thirty (30) days, and provided, that the Union shall release the employing department from fulfilling the obligation to discharge if during the thirty (30) day period following notice to the Employer from the Union, the employee pays the membership dues or service fee retroactive to the due date and confirms his/her intention to pay the required membership dues or service fee in accordance with this Agreement.

C. Provisional employees will not be used to replace or in lieu of Civil Service status employees in classifications in the recognized bargaining units, unless it is impossible to hire Civil Service status employees either from within or from outside the City service.

D. All deductions under this Article shall be subject to revocation by the employee who executed such assignments, upon giving a written notice to assignees and the Finance Director within the thirty (30) day period immediately prior to the expiration date of this Agreement. The Finance Director and the City Treasurer shall thereafter cease withholding any money whatsoever under such assignments.

E. Assignees shall have no right or interest whatsoever in any money authorized withheld until such money is actually paid over to them. The City or any of the officers and employees shall not be liable for any delay in carrying out such deductions, and upon forwarding a check in payment of such deductions by mail to the assignees' last known address, the City and its officers and employees shall be released from all liability to the employee-assignors and to the assignees under such assignments (Chapter 13, Article 4, Section 4, of the Municipal Code of the City of Detroit).

F. The Union agrees that, in the event of litigation against the City, its agents or employees arising out of this provision, it will co-defend, indemnify, and hold harmless the City, its agents or employees from any monetary award arising out of such litigation.

G. If any provision of this Article is invalid under Federal law or the laws of the State of Michigan, said provision shall be modified to comply with the requirements of Federal or State law or shall be renegotiated for the purpose of adequate replacement.

H. In order that each new bargaining unit member may be made familiar with the provisions of this Agreement and the Departmental Supplemental Contract and his/her rights and responsibilities thereunder, the Employer will allow the Local Union President or, if designated, the area steward an opportunity to meet with new bargaining unit members within thirty (30) days of their arrival within the Local Union's jurisdiction. The meeting will be allowed to take place privately in an appropriate location at the worksite agreeable to management and for a reasonable period.

## 5. DUES CHECK-OFF

A. The Employer agrees to deduct from the wages of any employee who is a member of this Union, all union membership dues and initiation fees uniformly required, if any, as provided in a written authorization in accordance with the standard form used by the Employer herein (see **Exhibit VI**), provided, that the said form shall be executed by the employee. The written authorization for union dues deduction shall remain in full force and effect during the period of this contract and may be revoked only by written notice given during the period thirty (30) days immediately prior to expiration of this contract. The termination notice must be given both to the Employer and to the Union.

B. Dues and initiation fees will be authorized, levied and certified in accordance with the constitution and By-Laws of the local union. Each employee and the Union hereby authorize the City to rely upon and to honor certifications by the Secretary-Treasurer of the local union, regarding the amounts to be deducted and the legality of the adopting action specifying such amounts of union dues and/or initiation fees.

C. The Employer agrees to provide this service without charge to the Union.

D. The Dues Deduction Check-Off Card shall be presented to the bargaining unit member within thirty (30) days of his or her arrival in the employing department. If the dues deduction is stopped during the term of this Agreement because the employee left the payroll, the employing

department shall have the bargaining unit member resubmit a Dues Deduction Check-Off Card on each occasion that the employee returns to the payroll.

E. The Employer agrees to deduct from the wages of any employee who is a member of this Union a P.E.O.P.L.E. deduction as provided for in a written authorization in accordance with the standard form used by the Employer, provided, that the said form shall be executed by the employee. This deduction may be revoked by the employee at any time by giving written notice to both the Finance Department and to the Union. Article 4-E, F and G shall apply to this section.

## 6. SERVICE FEE CHECK-OFF

A. The Employer agrees to deduct from the wages of any employee who is not a member of the Union, all Union service fees as provided in a written authorization in accordance with the standard form used by the Employer herein (see **Exhibit VI**), provided, that the said form shall be executed by the employee. The written authorization for service fee deduction shall remain in full force and effect during the period of this Contract and may be revoked only by written notice given during the period thirty (30) days immediately prior to expiration of this Contract. The termination notice must be given both to the Employer and to the Union.

B. The amount of such fees will be as provided and determined by Articles 4 and 5 of this Contract.

C. The Employer agrees to provide this service without charge to the Union.

D. The Service Fee Check-Off Card shall be presented to the bargaining unit member within thirty (30) days of his or her arrival in the employing department. If the service fee check-off is stopped during the term of this Agreement because the employee left the payroll, the employing department shall have the bargaining unit member re-submit a Service Fee Check-Off Card on each occasion the employee returns to the payroll.

## 7. STEWARDS, CHIEF STEWARDS, COMMITTEEPERSON, AND ALTERNATES

A. It is mutually recognized that the principle of proportionate representation is a sound and sensible basis for determining the number of stewards and chief stewards.

B. In each representative district, the employees on each shift in the district shall be represented by one steward or chief steward who shall be a regular employee working in that district on that shift. In the absence of either the steward or chief steward, an alternate steward or chief steward shall represent the employees in that district. The Union shall promptly notify each employing department with copy to the Human Resources Department of the names and locations of representatives selected.

In the absence of the steward or chief steward and his alternate, the President will notify the department of a designated representative and shall promptly confirm such designation in writing.

C. The number of stewards, chief stewards and districts shall be that number negotiated between the Local Union and the City's representatives for each department.

D. Districts and covered classifications shall be listed in individual departmental supplemental agreements.

E. In each department or unit, as indicated in departmental supplemental agreements, employees shall be represented by a grievance committee, as prescribed in Articles 8 and 9. In the event of the absence of a member of the grievance committee, the President shall notify the department of the temporary or permanent replacement and promptly confirm such designation in writing. Such request when reasonable will be honored.

F. Employees working the afternoon or midnight shift who are selected to serve on the grievance committee by the local union shall bump employees on the day shift and work a regular schedule Monday through Friday, provided there is an employee in a full-time position in the same classification as the employee who has been selected to serve on the grievance committee.

G. Officers, stewards, or designated representatives who are involved in the Grievance Procedure shall be retained in their respective shifts and respective location in work in their classification.

In the event the classification is to be eliminated in the said work location and shift and a dispute arises as to where the officers, steward or designated representative shall be assigned, the dispute will be resolved in accordance with the Special Conference language of this Agreement.

## 8-A. GRIEVANCE PROCEDURE (NON-UMPIRE)

Should differences arise between the City and the Union during the term of this Agreement an earnest effort shall be made to resolve such differences promptly and the following procedure shall be adhered to:

### STEP 1 - SUPERVISOR LEVEL:

Any employee(s) who believes he/she has been unjustly dealt with OR THAT ANY provision of this contract Agreement has not been properly applied or interpreted may:

A. Discuss his/her complaint with his/her supervisor with or without his/her steward or chief steward.

B. The employee shall have the right to discuss the complaint with his/her steward or chief steward before any discussion with the supervisor.

C. The supervisors shall release the employee and the steward or chief steward to be off the job without loss of time or pay without undue delay to discuss the complaint.

D. The parties shall discuss the complaint in a friendly and business-like manner and will make every effort to reach a satisfactory settlement at this point.

E. In any case where the steward or chief steward is involved, the steward or chief steward, or in their absence the alternate, shall be allowed time off the job without loss of time or pay to investigate and process grievances that may arise under this Agreement.

F. If the supervisor's answer is not acceptable to the Union, the steward, without loss of time or pay, will be granted time to consult with and submit the grievance to the chief steward.

## STEP 2 - DIVISION HEAD LEVEL:

A. If the matter is not settled in Step 1, the grievance shall be written by the chief steward and must contain:

   1. Name or names of employees involved in grievance, location, seniority, pension number, classification, shift and department.
   2. Union policy grievance.

B. The nature of grievance complaint:

   1. Unjustly dealt with.
   2. Contract violation specifying provisions of contract violated.
   3. Disciplinary action.
   4. Others (specify).

C. Date of Grievance.

D. Disposition requested. Specifying in detail what must be done to correct the grievance complaint.

E. Grievance number.

F. The chief steward, without loss of time or pay, will be granted time to submit and review the grievance with the President or the Vice-President.

G. All written grievances will be submitted by the Local Union President or the Vice-President to the division head or his/her designated representative.

H. Two (2) representatives of the City, one of whom shall be the division head or his/her designated representative, the local union president, and the chief steward or the vice-president shall meet to discuss the grievance within five (5) working days after the receipt of the written grievance. (Note: An exception to the above union representation may be provided for in the Local 207/Water Supplemental Agreement.)

-7-

I. The division head's written answer shall be presented to the Local Union President within five (5) working days after the meeting, and shall set forth the facts he/she took into account in answering the grievance.

## STEP 3 - DEPARTMENT HEAD LEVEL:

A. If the grievance is not settled in Step 2, the President or a designated member of the grievance committee may submit an appeal to the department head or his/her designated representative within five (5) working days of the written answer rendered at Step 2.

B. The grievance committee will consist of three (3) representatives from the local union, one of whom shall be the local union president, in accordance with Article 7-E.

C. A grievance committee member designated by the local union president, upon request, will be allowed time off the job without loss of time or pay to investigate and process grievances without undue delay.

D. The grievance committee may meet at a place designated by the City on the City's property for not more than one (1) hour immediately preceding a meeting at Step 3 of the grievance procedure without loss of time or pay, to review the agenda listing those grievances or other items to be discussed.

E. A meeting between the grievance committee and three (3) representatives of the City shall take place within seven (7) working days from the date the appeal is received. Besides the above, representatives of the Labor Relations Division and Council 25 may attend.

F. The department head or his/her designated representative will answer the grievance in writing to the president of the local union involved and Council 25 within five (5) working days from the date of the meeting at which the grievance was discussed. Management's written answer after the Third Step meeting shall briefly state the factors considered by management in its decision regarding the grievance.

## STEP 4 - LABOR RELATIONS DIRECTOR LEVEL:

A. In the event a grievance is not settled based on the Step 3 answer, it may be referred to the Pre-arbitration Panel by Council 25 within fifteen (15) working days of the answer rendered at Step 3. The Union's written appeal to the Fourth Step shall state the facts in dispute and/or reasons for dissatisfaction with management's Third Step answer.

B. The Pre-arbitration Panel shall consist of the local union president and a representative of Council 25, not to exceed two (2) people, and representatives of the City one of whom shall be a Labor Relations Division representative, not to exceed (2) people. However, by mutual agreement in individual cases, an additional Union or City representative may attend where the parties mutually agree that such person's presence would be beneficial to resolution of the grievance.

C. The Pre-Arbitration Panel will meet weekly if necessary. The City shall submit a written answer to Council 25 and the local union president within twenty (20) days of the Pre-arbitration Panel hearing on grievances.

D. If the grievance is not settled at Step 4 it may be referred to arbitration (Step 5) within sixty (60) calendar days from the date of receipt of the City's answer at Step 4. All grievances not referred to Step 5, arbitration, within the prescribed time limits shall be considered settled based on the City's last answer.

## STEP 5 - ARBITRATION:

Any unresolved grievances which relate to the interpretation, application or enforcement of any specific article or section of this Agreement, or any written supplementary agreement or letters and memoranda of understanding appended to this Agreement, and which have been fully processed through the last step of the grievance procedure, may be submitted to arbitration in strict accordance with the following:

A. Arbitration shall be invoked by written notice to the other party of intention to arbitrate. The parties shall meet to select an ad hoc arbitrator. If the parties are unable to agree upon an arbitrator within ten (10) working days of such notice, the party desiring arbitration shall refer the matter to the American Arbitration Association or the Federal Mediation and Conciliation Service for the selection of an impartial arbitrator and determination of the dispute. If the party desiring arbitration fails to refer the matter to the American Arbitration Association or the Federal Mediation and Conciliation Service within a reasonable time, not to exceed ninety (90) working days of the notice of intention to arbitrate, the matter shall be considered settled on the basis of the last answer to the grievance.

B. The arbitrator shall limit his/her decision strictly to the interpretation, application or enforcement of this Agreement and he/she shall be without power and authority to make any decision:

1. Contrary to, or inconsistent with, or modifying or varying in any way, the terms of this Agreement.

2. Concerning grievances appealed to the Civil Service Commission for final resolution pursuant to provisions of the City Charter or to the Mayor pursuant to applicable State Law.

3. Granting any wage increases or decreases.

4. Granting any right or relief for any period of time whatsoever prior to the execution date of this Agreement.

C. No settlement at any stage of the grievance procedure, except an arbitration decision or umpire decision, shall be a precedent in any arbitration and shall not be admissible in evidence in any future arbitration proceeding.

D. All claims for back wages shall be limited to the amount of wages that the employee otherwise would have earned less any compensation received for temporary employment obtained

-9-

subsequent to his/her removal from the City payroll, and payments from Unemployment Insurance, Social Security Disability, Welfare, Family Independence Agency, and City funded Long Term Disability Insurance, Sickness and Accident Insurance and Automobile Accident Income Replacement Insurance. Where appropriate, the City shall reimburse those agencies and insurance funds so as to not affect the employee's equity therein.

E.  The decision of the arbitrator in a case shall not require a retroactive wage adjustment in another case except by express agreement of the parties.

F.  There shall be no appeal from the arbitrator's decision if made in accordance with his/her jurisdiction and authority under this Agreement. The arbitrator's decision shall be final and binding on the City, on the employee or employees, and on the Union.

G.  In the event a case is appealed to an arbitrator and he/she finds that he/she has no power to rule on such case, the matter shall be referred back to the parties without decision or recommendations on the merits of the case.

H.  The expense of the arbitrator shall be shared equally by the parties. The aggrieved, one (1) witness, and his/her local representative shall not lose pay for time off the job while attending the arbitration proceedings. Arbitration wherever possible, shall be conducted on the location where the grievance originated.

I.  The arbitral forum here established is intended to resolve disputes between the parties only over the interpretation or application of the matters which are specifically covered in the Contract and any supplemental agreements which are or may become part of this Agreement and which are not excluded from arbitration.

J.  In case of dispute as to whether a pre October 11, 1947 employee is excluded from the provisions of Article 4, and the matter is subsequently referred to the arbitration step of the grievance procedure, the arbitrator, upon a finding that the employee is included, shall refer the matter back to City for collection of all amounts due, and the employee shall not be suspended, discharged or dismissed until the arbitration award has been rendered and the parties have had a reasonable time (not to exceed sixty (60) days) to comply therewith.


# 8-B. GRIEVANCE PROCEDURE

*(Umpire System to be Used for Processing of Disciplinary Grievances)*

Employee grievances stemming from disciplinary action will be processed through the third step of the grievance procedure as set out in Article 8-A. However, the third step procedure for major suspensions, suspensions pending discharge, and discharges shall be modified to allow the grievant to come in and make a presentation and respond to questions. Major suspensions, for the purposes of this provision, shall be the level or length of suspension which, according to the department's practice, immediately precedes discharge in appropriate cases. If the grievance cannot be resolved at the third step, it shall be processed further in accordance with the following steps which shall be known as the "umpire system."

**Note:** Department Directors and Local Presidents may agree, in particular cases, to allow a grievant with a suspension less than a major suspension to attend the third step meeting.

Grievances on non-disciplinary matters shall continue to be processed in accordance with Article 8-A; however, by mutual agreement on individual grievances, appeal beyond the Pre-arbitration Panel level may be submitted to the Umpire System.

## STEP 4 - LABOR RELATIONS DIRECTOR LEVEL:

Pre-arbitration Panel: In the event Steps 1, 2, 3 of Article 8-A fail to resolve a disciplinary grievance, the matter shall be referred to the Pre-arbitration Panel within fifteen (15) calendar days of the decision rendered at Step 3, Article 8-A. The Union's written appeal to the Pre-arbitration Panel shall state the facts in dispute and/or reasons for dissatisfaction with management's Third Step answer.

The Pre-arbitration Panel will meet weekly if necessary. The Panel shall consist of not more than two (2) representatives of the Union, one of whom shall be a Council 25 Staff Representative and not more than two (2) representatives of the City, one of whom shall be a Labor Relations Division representative. However, by mutual agreement in individual cases, an additional Union or City representative may attend where the parties mutually agree that such person's presence would be beneficial to resolution of the grievance.

Upon failure of the Panel to resolve the grievance, it may be referred to Step 5 of the umpire procedure by written request of the Union within sixty (60) calendar days of the meeting of the Pre-arbitration Panel.

## STEP 5 - UMPIRE SYSTEM:

Submission to Umpire: Any unresolved grievance relating only to discipline having been processed fully through Step 4 above, may be submitted to an umpire by written request of either party in strict accordance with the following:

A. An umpire hearing shall be scheduled upon receipt of written notice. The grievance shall be scheduled at the next available umpire hearing date. The parties agree that they must constantly endeavor to schedule hearings and resolve grievances at the earliest possible date. The parties also agree that every effort will be made to avoid the unnecessary expense and undue hardship to the grievant of canceling and postponing hearing dates. To this end the parties agree to process grievances in strict accordance to the following:

1. The parties shall not cancel a scheduled hearing except for good cause.

2. A canceled scheduled hearing shall be rescheduled within ninety (90) calendar days. Any further rescheduling shall only be by ruling of the Umpire after a showing of good cause.

3. If a cancellation of a scheduled hearing results in a cancellation fee, the party causing the cancellation will be liable for the entire fee. Where the parties mutually agree to the cancellation, the costs will be shared equally.

4. If the grievant fails to appear on a scheduled hearing date, the grievance shall be dismissed unless the grievant submits to the Union within thirty (30) calendar days, reasons in writing

for his/her failure to appear. If good cause is shown, the grievance shall be rescheduled on the next available umpire date. Any dispute of good cause shall be resolved by the Umpire.

B. Within thirty (30) calendar days after the execution of this Agreement, the parties shall convene and select four (4) disinterested persons qualified in labor-management relations to serve as permanent umpires. The umpires shall be listed alphabetically, and they shall be selected on a rotating basis to hear cases.

C. If at any time either party desires to terminate the services of an umpire, it shall give notice in writing to that effect to the other party, specifying the date of termination. The parties shall then send a joint written notice to the umpire of his/her termination. Neither party may terminate the services of an umpire unless he/she has heard at least one (1) case.

D. Once the umpire has received written notice that his/her services are terminated he/she shall not hear any further cases. However, he/she shall render decisions on all cases that he/she has heard prior to receiving such notice.

E. The umpire shall limit his/her decision strictly to the interpretation, application or enforcement of this Agreement and he/she shall be without power and authority to make any decision:

   1. Contrary to, or inconsistent with, or modifying or varying in any way, the terms of this Agreement.

   2. Concerning grievances appealed to the Civil Service Commission for final resolution pursuant to provisions of the City Charter or to the Mayor pursuant to applicable State Law.

   3. Granting any wage increases or decreases.

   4. Granting any right or relief for any period of time whatsoever prior to the execution date of this Agreement.

F. No settlement at any stage of the grievance, except an arbitration decision or umpire decision, shall be a precedent in any arbitration and shall not be admissible in evidence in any future arbitration proceeding.

G. All claims for back wages shall be limited to the amount of wages that the employee otherwise would have earned less any compensation received for temporary employment obtained subsequent to his/her removal from the City payroll, and payments from Unemployment Insurance, Social Security Disability, Welfare, **Family Independence Agency**, and City funded Long Term Disability Insurance, Sickness and Accident Insurance and Automobile Accident Income Replacement Insurance. Where appropriate, the City shall reimburse those agencies and insurance funds so as to not affect the employee's equity therein.

H. The decision of the umpire in a case shall not require retroactive wage adjustment in another case except by express agreement of the parties.

I. There shall be no appeal from the umpire's decision if made in accordance with his/her jurisdiction and authority under this Agreement. The umpire's decision shall be final and binding on the City, on the employee or employees, and on the Union.

J. In the event a case is appealed to an umpire and he/she finds that he/she has no power to rule on such case, the matter shall be referred back to the parties without decision or recommendations on the merits of the case.

K. The expense of the umpire shall be shared equally by the parties. The aggrieved, one (1) witness, and his/her local representative shall not lose pay for time off the job while attending the arbitration proceedings. Arbitration wherever possible, shall be conducted on the location where the grievance originated.

# 9. STIPULATIONS TO THE GRIEVANCE PROCEDURE

A. All grievance settlements shall be in accordance with the terms and spirit of this Agreement.

B. Any grievance under this Agreement which is not filed in writing within twenty (20) working days after the grievance arises shall not be considered a grievance.

C. Any grievance not appealed in writing from a decision at Step 2 to Step 3 within five (5) working days or from a decision at Step 3 to Step 4 within fifteen (15) working days shall be considered settled on the basis of the last answer to the grievance.

D. The time elements in the first four (4) steps of the grievance procedure may be shortened or extended, steps can be eliminated or the grievance initiated at an advanced step by mutual agreement.

E. In areas where the grievance structure provides for a chief steward rather than a steward, the chief steward will be called at Step 1 of the grievance procedure.

In areas where there are stewards and chief stewards, both will not meet simultaneously with representatives of the Employer at Step 1 of the grievance procedure.

F. "Working Days" as used in the grievance procedure, shall include Monday through Friday and exclude Saturdays, Sundays, and Holidays.

G. The Union may withdraw a grievance without prejudice at any step of the grievance procedure. If a grievance is not scheduled or answered by management within the prescribed time limits, the Union shall move the grievance to the next step of the grievance procedure. The appeal will be considered timely if filed at the next step within sixty (60) calendar days of the date that management was required to answer. However, if management submits a written answer subsequent to the date when the answer was due, the limits on appealing to the next step stated in paragraph C shall apply beginning as of the date of the answer. Grievances appealed to the next step of the procedure shall be scheduled and answered within the prescribed time limits.

Grievances not scheduled or answered within the prescribed time limits shall not be referred back to a prior step in the grievance procedure.

H. In local unions representing employees in more than one department the Local Union President, who shall be the chairperson of the grievance committee, will be allowed to attend grievance hearings in any department under his/her local union jurisdiction at the second and third steps of the grievance procedure. The other members of the grievance committee shall be from the department in which the grievance originates; provided that, the foregoing will not interfere with any mutually satisfactory local practice now in effect.

I. The parties agree that exchanging pertinent information regarding a grievance is beneficial to both parties in attempting to resolve the grievance.

The Union shall be advised of the factors considered in the imposition of discipline and shall have the right to request copies of available written documents or statements pertaining thereto. If the Union requests information regarding a grievance from an employee's personnel file, the Union must present written authorization from the employee to release the information. Management shall be advised of the basis of the grievance and have the right to request copies of available written information or statements pertaining thereto and which the Union proposes to present in support of the grievance.

It is agreed that any information requested in accordance with the above provisions which is not made available to the other party shall not be admissible as evidence in any arbitration hearing provided that a written request has been made to the appropriate Local Union President or Departmental Representative.

J. The grievance procedure contained in this Agreement shall be the exclusive grievance procedure for all members of the bargaining unit.

## 10. TIME LIMIT ON MONETARY CLAIMS

A. The City shall not be required to pay back wages more than five (5) working days prior to the date a written grievance is filed except, in cases of extenuating circumstances which prevented the timely filing of a grievance, the limit shall be increased to fifteen (15) working days.

B. All claims for back wages shall be limited to the amount of wages that the employee otherwise would have earned less any compensation received for temporary employment obtained subsequent to his/her removal from the City payroll, and payments from Unemployment Insurance, Social Security Disability, Welfare, Aid to Dependent Children, and City funded Long Term Disability Insurance, Sickness and Accident Insurance and Automobile Accident Income Replacement Insurance. Where appropriate, the City shall reimburse those agencies and insurance funds so as to not affect the employee's equity therein.

C. In the case of a pay shortage in which the employee would not have been aware before receiving his pay, any adjustment made shall be retroactive to the beginning of the pay period covered by such pay, if a grievance is filed within the twenty (20) working days within receipt of such paycheck.

# 11. DISCIPLINARY PROCEDURES

A.  The City and the Union agree that all disciplinary action taken against an employee shall be for just cause and subscribe to the general philosophy that the primary purpose of disciplinary action is to correct employee behavior or conduct, that the disciplinary action procedure should be progressive in nature, and that selection of discipline in any specific case should be appropriate based on the circumstances of the offense and the employee. The issuance of disciplinary action shall take place in a timely manner. Any dispute regarding the timeliness of the discipline shall be resolved by the Umpire.

B.  **NOTIFICATION REQUIREMENTS:** Notification shall be given to the appropriate union representative of any disciplinary action taken against any member which may result in any official entries being added to the employee's personnel file. Both employee and the Union representative shall be given a copy of such official entry.

In all cases when a supervisor contemplates issuance of disciplinary action, the supervisor shall inform the employee and allow the employee the opportunity to have union representation. If the employee declines union representation, he/she shall indicate so in writing and a copy shall be given to the Union.

When the department has decided to issue discipline, the employee will be allowed adequate time and an available area to discuss the discipline with his/her steward, or in the absence of a steward an appropriate union representative. In the case of a suspension or discharge this discussion will take place prior to the employee leaving City property. Upon request the management representative who is present and issuing the action will discuss the disciplinary action with the employee and his/her steward. Exceptions to this procedure would be in situations where the suspended or discharged employee is absent without leave, or the parties agree that such discussion would not be beneficial at this time.

In the case of an oral reprimand, a notation by date and subject only shall be placed in the employee's personnel file.

C.  The Union may request and management may agree to hold the imposition of disciplinary action in abeyance until after the scheduled date for a Third Step meeting to discuss the matter. This request must be made by the union representative at the time management has decided that discipline is to be issued (see Section B above). If for some reason the scheduled Third Step is postponed and unable to be conducted within a reasonable period of time, management may impose the penalty. This provision shall not apply in cases of absence without leave, insubordination, threats or acts of violence or other disruptive behavior. It also does not apply to instances of suspension pending discharge or discharge. Any additional action(s) by the employee warranting additional discipline in the interim shall be cause for immediate imposition of all pending discipline.

D.  **APPEAL PROCEDURES:** All disciplinary actions shall be subject to the grievance procedure.

Grievances involving oral or written reprimands shall be filed in accordance with Step 1 of Article 8-A, and may be processed through the Umpire System.

Should the Union consider the suspension or discharge of an employee to be improper, the Local Union President shall submit a written grievance to the department head or his/her designated representative within five (5) working days of the issuance of the suspension or discharge. The grievance shall be processed in accordance with Step 3 of Article 8-A. Any further appeal of suspension or discharge shall be in accordance with Article 8-B (Umpire System).

**Note:** It shall be the responsibility of the grievant to keep the Union and City informed of his/her mailing address and telephone number(s) at which he/she may be reached for purposes of notification. Certified mail to the address of record shall constitute proper notification to the grievant.

E. Should it be necessary to reprimand an employee, management will attempt to administer such reprimand so as not to unduly cause embarrassment to the employee.

F. Once disciplinary action has been taken against an employee by an authorized management representative, such disciplinary action on the particular charge cannot be increased in severity. Any subsequent adjustment of the discipline shall be made only by mutual agreement in settlement of the dispute.

G. During investigation, an employee shall have the right to request to have his/her steward present if the employee reasonably believes that his/her statements may lead to disciplinary action. Before an employee is required to make any statements pertaining to his/her possible misconduct, the employee shall have the opportunity to discuss the matter first with his/her steward.

H. **PERSONNEL RECORDS:** All employees within the bargaining unit shall have the right to review his/her personnel record every six (6) months if requested by the employee in writing. Such requests shall be granted within five (5) working days of receipt of the written request and shall be scheduled during regular business hours. This review may be with the presence of the employee's steward if requested by the employee.

Employees shall be entitled to copies of materials in their personnel file, and to submit written statements explaining the employee's position if there is disagreement with any material in the file, in accordance with applicable State law.

I. **USE OF PAST RECORD:** In imposing any discipline on a current charge or in evaluating an employee for promotion or transfer, management will not take into account any prior infractions or disciplinary action taken which occurred more than fourteen (14) months previously.

J. **GUIDELINES FOR ADMINISTRATION OF A CORRECTIVE DISCIPLINE PROGRAM:**

1. Disciplinary action may be imposed for an employee's failure to fulfill his/her job responsibilities or for improper conduct connected with the individual's employment.

Grounds for disciplinary action generally fall into five (5) basic categories:

a. Attendance Problems
b. Insubordination
c. Unsatisfactory Work Performance
d. Misconduct on the Job
e. Certain Instances of Misconduct Off the Job

In general, acts committed while off duty will not be grounds for disciplinary action, unless the results of such acts significantly impair the ability of the employee to perform his/her work, adversely affect the operations of the employing department or bring City service into public disrepute.

2. Discipline is intended to be corrective and should follow a series of progressive steps to change the employee's unacceptable conduct or behavior.

Following is a series of progressive steps which will serve in the majority of cases:

a. Oral Reprimand(s)
b. Written Reprimand(s)
c. Suspension(s)
d. Discharge

These steps should give the employee notice that continued unacceptable conduct or behavior will result in more serious disciplinary action.

In cases of more serious offenses, the first disciplinary action taken may begin with the written or suspension step; and, for the most serious offenses, it may be appropriate to impose serious suspension and/or discharge the employee on the first occasion of improper conduct without prior discipline.

3. Disciplinary action should be appropriate and take into account both the offense and the employee.

Factors which should be considered in imposing discipline in each case are:

a. The seriousness and circumstances of the particular offense.
b. The employment history of the employee involved including length of service.
c. The recency and nature of prior disciplinary action taken with respect to the employee.
d. Prior departmental action in comparable situations.

4. Any published departmental standards or rules governing employee conduct or expected work performance should be fairly and consistently applied.

**Note:** Within twenty (20) calendar days following the effective date of this Agreement, representatives of Council 25 shall be provided with copies of the standard work rules. Within ninety (90) calendar days after receipt of such copies, Council 25 shall have the opportunity to review and discuss with management these standards and rules currently in effect in the various City departments.

# 12. SPECIAL CONFERENCE

A.  Special Conferences for important matters including problems of health and safety and periodic discussions of substantial issues which are of concern to Union members will be arranged between the Local Union President and the Department Head or his/her designated representative upon the request of either party. Such meeting shall be between no more than four (4) and at least two (2) representatives of the department, and no more than four (4) and at least two (2) representatives of the Union, one of whom shall be the Local Union President. In addition to the above, a staff representative of Council 25, and/or a representative of the Labor Relations Division may attend.

Whenever the Local Union President requests three representatives to be released from a given work activity to attend a special conference, the department may limit the release of union representatives to two (2) if the absence of the third representative would have an adverse effect on departmental operations.

B.  Arrangements for such Special Conferences shall be made in advance and an Agenda of the matters to be taken up at the meeting shall be presented at the time the Conference is requested. Matters taken up in Special Conferences shall be confined to those included in the Agenda. Such Conferences shall be held within seven (7) calendar days after the request is made, unless extended by mutual agreement of the parties.

C.  Conferences shall be held between the hours of 9:00 a.m. and 3:00 p.m. or at other mutually agreeable times. Any alleged abuse in scheduling shall be a proper subject for Special Conference with the Labor Relations Director or his designated representative. The members of the Union shall not lose time or pay for time spent in such Special Conferences.

D.  If an employee on afternoons or midnights is requested to attend a Special Conference, the department shall rearrange the employee's schedule of work so that the Special Conference shall be included as part of the employee's work schedule for that day.

E.  The Union representatives may meet at a place designated by the City on the City's property for not more than one (1) hour immediately preceding a meeting with the representatives of the City for which a written request has been made.

F.  On certain matters that concern employees of more than one department or more than one local union within a department, conferences will be arranged between the official representative of Michigan Council 25 and the City's Labor Relations Division.

G.  The Employer will submit to the Union a written position statement on the matters taken up in Special Conference that were mutually agreed upon by the parties before the Conference adjourns.

H.  In areas where the parties failed to agree, the Employer will submit a written position statement to the Union within ten (10) calendar days.

I. Special Conference is intended to resolve problems between the parties and avoid situations which may give rise to grievances. It is not intended to be a substitute for initiation of individual grievances. However, on policy matters, if the Union does not receive an answer within the above time limit or the Employer's answer does not resolve the disputes between the parties, the Union may submit a grievance citing the alleged contract violations. Such grievance shall be filed at the fourth step of the grievance procedure with copies to the departments involved. If the specific subject of the grievance was not fully discussed at the Special Conference, management may refer the matter back to the third step for further discussion.

# 13. HEALTH AND SAFETY

The City recognizes its responsibility to provide safe and healthful working conditions, and the Union, recognizes its their obligation to cooperate in the maintenance and improvement of those conditions.

A. Complaint Procedure:

1. It shall be the responsibility of the employee to report any unsafe operation to his/her immediate supervisor.

2. If the employee's complaint is not satisfied he/she shall notify the local steward who shall meet and discuss the complaint with the supervisor without undue delay.

3. If the complaint cannot be resolved, the matter shall then be referred promptly in writing to the Joint Local Safety Committee.

4. If the matter cannot be resolved by the Joint Local Safety Committee, it shall become a proper subject for the grievance procedure starting at Step 3 of Article 8-A.

5. Following report of the alleged unsafe operation to the supervisor and during investigation by the Joint Local Safety Committee, the employee may be reassigned to other available work pending evaluation.

B. A joint local committee on health and safety, hereinafter referred to as Local Safety Committee, will be established in each department and will consist of a Management Safety representative and the Local Union President, except for Local 207-Water, wherein the union's representative will be established in accordance with the Department's Supplemental Agreement. The Local Committees shall:

1. Meet bimonthly or at other agreeable times and places to discuss the health and safety conditions within the department and review accident reports and departmental safety programs.

2. Meet at such other times as needed to; promptly investigate major accidents; when advance notice is given, accompany Federal, State, or Local health and safety professionals on inspection tours; investigate complaints by employees concerning health and safety.

3. Review and make recommendations concerning rules for the use, issuance, recovery and replacement of all safety material and equipment.

4. Submit in writing to the Central Safety Committee reports and recommendations for improving safety programs, equipment, test, etc.

C. A Joint Central Committee on Health and Safety, hereinafter referred to as the Central Safety Committee, will be established and will consist of two (2) staff representatives appointed by Council 25, and two (2) City representatives appointed by the Labor Relations Director, one (1) of which shall be a representative of the Risk Management Division of the Finance Department. This committee shall:

1. Meet bimonthly or at other mutually agreeable times and places to review the City's safety and health programs and make recommendations.

2. Review and analyze Federal, State or Local standards or regulations which affect the City's health and safety programs.

3. Review problems concerning health and safety and make recommendations regarding any protective equipment, devices or clothing, physical examinations or other tests deemed necessary. The recommendations shall be supported in each instance by reference to: Federal, State, or Local safety standards or regulations; letters or opinions from experts in the field of health and safety or occupational health; related illness, injury and accident reports, or other similar data. The recommendations under this section shall also include where possible, specific technical information on the equipment or tests needed, their number, frequency of application, etc.

4. Receive and deal with matters referred to them by local safety committees.

D. All protective equipment and devices, physical examination or other tests required by the Employer shall be provided at no cost to the employee.

E. The City shall act in compliance with Federal, State and Local legislation relating to use or storage of hazardous materials and incidence of contagious disease in the work place. The Local Union President will be informed of any testing of employees or precautionary steps taken because of exposure to hazardous materials or a contagious disease which has occurred within the worksite where members of his/her local are employed.

# 14. SENIORITY

A. **SENIORITY** is hereby defined as the length of continuous service beginning on the date of legal certification to a position in the classified service of the City of Detroit, or the date of induction into such classified service as provided by law. Effective July 1, 1983, new employees who are certified for employment but not hired within fifteen (15) calendar days of such certification, shall have their date of hire recorded as their date of seniority and certification. Seniority, as defined above and in accordance with Human Resources Department Rules incorporated herein by reference, is established to serve as a basis for determining employee seniority rights provided for in this Agreement including the order of demotion or lay off in the event of a reduction in force and the reemployment rights of employees. Note: Seniority is not the same as "service time" as utilized for the various economic benefit provisions.

Effective July 1, 1980, the seniority date of employees in the bargaining unit who were initially hired into Federal Economic Opportunity Act (FEOA) Service classes shall be made retroactive to the date of placement to a position in such FEOA Service class.

B. **CONTINUOUS SERVICE** shall mean employment by the City of Detroit without interruption or breaks. The following shall not be considered breaks in service:

**Note:** Seniority is not the same as "service time" as utilized for the various economic benefit provisions.

1. Service in the Armed Forces of the United States up to four (4) years, or five (5) years if requested by the Government as provided under Federal law.

2. Absence from work due to injuries compensated for under the Workers' Compensation Act of the State of Michigan.

3. Duty-disability retirement.

4. Appointment or election to an exempt non-classified position of the City of Detroit.

5. Lay off as a result of a reduction in force for a period not exceeding four (4) years.

6. Leave of absence to serve in a qualifying employee labor organization for the term of said employment.

7. Leaves of absence for Peace Corps service up to two (2) years.

8. Other approved leaves of absence for a period not exceeding one (1) year.

9. Non-duty disability retirement for a period not exceeding one (1) year.

Employees shall not lose seniority but shall not gain additional seniority credit during the following absences from active employment: leaves of absence (except military, union, and Peace Corps leaves) which exceed one (1) year; non-duty disability retirements exceeding one (1) year; and any periods on voluntary lay off. In such cases, the employee's City seniority date would be adjusted accordingly.

C. **LOSS OF SENIORITY:** An employee shall lose his/her seniority for the following reasons only:

1. Discharge or permanent removal from the payroll and the separation is not reversed through the grievance procedure.

2. Regular service retirement.

3. Resignation or voluntary quit, which shall include:

   a. Failure to report within ten (10) working days after receiving notice of recall from lay off.

   b. Failure to report back to work within five (5) working days after expiration of an approved leave of absence or extension thereof.

-21-

c. Absence from work for five (5) consecutive working days without notice to the Employer unless he/she can demonstrate that he/she was physically or mentally incapable of notifying the department of his/her inability to come to work.

**D. ADJUSTMENT FOR SEASONAL, TEMPORARY OR PART-TIME EMPLOYMENT:** If an employee in a special service classification employed on a seasonal, temporary or part-time basis is subsequently placed in a regular full-time classified position the following adjustments to seniority shall be made:

1. In the case of the seasonal or temporary employee, for each twelve (12) month period of employment in which the employee worked six (6) months or less, six (6) months shall be deducted from the length of continuous employment.

2. In the case of the part-time employee, for each period of employment in which the employee worked on a half-time or less basis, the employee shall be awarded one-half seniority credit and the length of continuous employment adjusted accordingly.

   Any adjustment of seniority under this section shall be made from the employee's certification date as a seasonal, temporary or part-time employee.

**E. RESOLVING TIES IN SENIORITY:**

1. Where two or more persons have the same seniority date, the employee with the highest standing (examination rating) on the eligible register from which the employees were certified shall be deemed as having the greater seniority. In the event of identical examination ratings, the employee with the earliest examination date shall be deemed as having the greater seniority. In the further event of identical examination dates, the employee who first submitted his/her employment application (as measured by the examination number) shall be deemed as having the greater seniority.

2. In the case of inducted employees with the same seniority date, employees will be ranked in accordance with their length of continuous service in the department, agency or activity in which they were employed when inducted into the classified service. Insofar as possible to determine, such continuous service shall include any adjustments in accordance with procedures outlined in this Article.

3. Notwithstanding the above, in all cases of identical seniority dates, persons entitled to preference under the Michigan Veteran's Preference Act shall be deemed as having greater seniority than those employees without such preference.

**F. PROBATIONARY EMPLOYEES:** New employees hired by the City and others initially placed into the bargaining unit shall be considered as probationary employees for the first three (3) months of their employment except as provided below. This probationary period can be extended for up to an additional three (3) months after prior notice and discussion with the union. The reason(s) for the extension will be given in writing to the employee and the Local Union President.

Any employee hired or placed into the bargaining unit in the following classifications or series shall serve a six (6) month probation period: Inspectors in the Building and Safety Engineering Department, Community Nutrition Assistants, and Licensed Practical Nurses.

Any employee hired or placed into the bargaining unit in the following classifications or series shall serve a six (6) month probation period: Apprentices, Junior Community Services Assistants, Community Services Assistants, Senior Community Services Assistants, Registered Nurses, Sanitarians, and Social Workers, and all other classifications which require a four (4) year college degree as a minimum entrance requirement. This probationary period may be extended for any additional period up to three (3) months after prior notice and discussion with the Local Union President. The reasons for the extension will be given in writing to the employee and the Local Union President.

The Union shall represent probationary employees for the purpose of collective bargaining in respects to rates of pay, wages, hours of employment and other conditions of employment except separation from City service or reversion to the formerly held title for reasons other than union activities. For probationary employees with prior City service, the Union shall represent such employees when a department issues a suspension or discharge for cause instead of taking action to revert the employee to his/her prior status.

G. **SENIORITY LISTS:** The City will furnish to each Local Union and Michigan Council 25 quarterly, a seniority list and a separation list showing each employee's name, address, department, classification, pension number, social security number, and total City seniority date. This information shall be organized in a format mutually agreeable to Council 25 and the City. These computer generated lists will be based on official Human Resources Department documents which have been approved and processed as of the date submitted. Any questions concerning this information or alleged errors should be submitted to the Administrative Services Division of the Human Resources Department.

**Note:** The seniority dates of record of employees hired prior to July 1, 1983 shall not be affected by any changes in this Agreement.

# 15. SENIORITY OF UNION REPRESENTATIVES

Notwithstanding their position on the seniority list, all Union representatives who are involved in the grievance procedure shall in the event of a layoff or demotion be continued in the following order as long as there is:

A. work in their classification in their representative unit,
B. work in any lower class in their series in their representative unit,
C. work in a classification which they formerly held in their representative unit,
D. work in a lesser class in the representative unit in which he/she can do the job, and
E. if laid off, shall be recalled first whenever there is work in any such class in the representative unit from which they are laid off.

The provisions of this Article shall apply to the local president, chief stewards, stewards and permanent members of the grievance committee of record, and shall apply only so long as they hold their respective offices.

Should a union representative lose his/her office, the former union representative shall be subject to displacement by employees with greater seniority and who have been laid off or demoted as a result of reductions in force made prior to the loss of office.

Upon written notice from the Local Union President to the Employment Certification Division of the Human Resources Department that such loss of office has occurred, the City shall have thirty (30) days to investigate and make any required displacements.

# 16. REDUCTION IN FORCE, LAY OFF, DEMOTION, AND RECALL

A. The City reserves the right to reduce the work force for lack of work or lack of funds, or the occurrence of conditions beyond the control of the City, or where such continuation of work would be wasteful or unproductive; provided such actions do not conflict with the terms of this Agreement.

B. **NOTICE TO THE UNION:** The Union shall receive notice of any reduction in force affecting members of the bargaining unit. Where possible, the City shall give the Union thirty (30) days advance notice prior to issuance of any layoffs to allow the Union an opportunity to meet with the City to discuss the circumstances of the reduction. Such advance notice to the Union shall be given to Council 25 and the President(s) of the local Union(s) affected.

C. **ORDER OF REMOVAL:** Reduction in force shall be by job classification in a City department. Within the department, the following categories of employees in the class shall be removed first in the following order:

  1. Provisionally-hired employees.
  2. Newly-hired employees who have not completed the probationary period.
  3. Employees hired on a seasonal, temporary or other limited term basis.
  4. Seniority employees who have recently been promoted into the class and have not completed the required trial period, and employees promoted to the class on a limited-term basis. Such employees shall revert to the classification in the department from which they were promoted.
  5. Seniority employees who are in the class on a permanent basis and have completed the required trial period. Such employees shall be removed from the class in accordance with their total City seniority and have those displacement rights described below.

D. **DEPARTMENTAL DISPLACEMENT RIGHTS:** Permanent seniority employees who are being removed from a given class shall have the following optional displacement rights in their department:

  1. To displace the least seniority employee in a lower class in the same occupational series.
  2. To displace the least seniority employee in some other classification which the senior employee previously held.

In addition, employees who are unable to displace lesser seniority employees in their department may be transferred or demoted to other available vacant positions in the department for which they are adjudged to be qualified.

Those employees who are unable to displace lesser seniority employees or are status-changed

to other available vacancies in the department shall be laid off by issuance of a layoff notice from their department. Such laid off employees shall then have those City-wide displacement rights described below.

Employees who have an opportunity to displace a lesser seniority employee in the next lower class in their occupational series, but elect not to exercise such displacement rights and request to be laid off instead, shall not be eligible for these City-wide displacement rights. However, such employees will have those recall, reemployment and restoration rights set forth in Section F.

E. **CITY-WIDE DISPLACEMENT RIGHTS:** Permanent seniority employees laid off from a department shall have the following displacement rights on a City-wide basis:

1. To displace provisional hires, probationary employees and limited term employees in the same class in any other City department in that order.

2. If the employee has one or more years of seniority, to displace the least seniority employee in the same class in any other City department; and, if there are no lesser seniority employees in the class, to displace the least seniority employee in a lower class in the same occupational series.

Such displacement across departmental lines shall coincide with the effective date of the layoff of the employees having such displacement rights, if possible, but, in any event shall be implemented within thirty (30) calendar days of the layoff date. Where two or more laid-off employees have City-wide displacement rights, employees will be given a choice of available displacement opportunities in their class, in order of their seniority. However, employees who do not report for displacement as instructed will waive this right.

F. **EMPLOYEE RECALL, REEMPLOYMENT AND RESTORATION RIGHTS:**

1. Permanent seniority employees who were laid off, exercised their displacement rights or were placed in a lower class shall be placed on a recall ("blocking") list and be recalled to any available vacancies in the class from which they were removed or any lower class in the same series in accordance with their total City seniority.

   Such employees with more than five (5) years seniority will also be placed on recall lists for all other job titles for which they previously acquired seniority.

   No vacancy in a given class can be filled, except by recall until employees laid off or demoted from the class have been restored to the class. An employee who refuses an offer of such restoration shall lose his/her recall rights.

   Information concerning recall lists for classifications covered by this Agreement shall be made available to Council 25 and Local Presidents.

2. In addition to the recall rights described above, the City shall implement policies and practices for reemployment of laid off employees in available vacancies in other classes for which laid off employees are qualified. These policies and practices shall include the following:

a. Laid off employees shall be placed on preferred eligible lists for all classes in which they acquired seniority. Employees will be offered employment from such lists to available vacancies in these classes in order of their total City seniority.

b. In the absence of a recall or preferred eligible list for a given class, laid off employees on existing lists may be offered placement to available vacancies in the given class. Use of such alternate lists to fill available vacancies shall be based on comparable or equivalent entrance requirements for the class.

3. Persons laid off and separated from City employment as a result of a reduction in force shall continue to have the above recall, reemployment, and restoration rights for a period of four (4) years from the last date of separation from City employment.

G. **OTHER BARGAINING UNITS:** It is not the intent of this Article to prevent employees in one bargaining unit from exercising displacement, recall and reemployment rights to positions in other bargaining units based on seniority as defined in this Agreement; provided, however, that in order for members of another bargaining unit to displace members of this bargaining unit, the other bargaining unit must have a labor agreement which would allow members of this bargaining unit to displace lesser seniority employees in the other bargaining unit and to be offered recall and reemployment to available positions in the other bargaining unit.

H. **MULTIPLE TITLES:** In determining an employee's rights under this Article, an employee can have permanent seniority in only one (1) class at a time. An employee who carries a multiple title shall be treated as having permanent seniority in the lowest part of his/her multiple title.

Exceptions to this general rule would be where the employee previously held a higher part of the multiple title on a single title basis, or where the parties agree that the employee's permanent seniority should be in a higher part of the multiple title based on the employee's nature and history of employment. Such agreement must be in effect no later than ninety (90) days prior to the announcement of a reduction in force.

I. **NOTICE REQUIREMENTS:**

1. Employees to be laid off from a department shall receive notice of layoff no less than two (2) calendar weeks prior to the effective date of the separation. A copy of such notice will be sent to the Local Union President.

2. Employees displaced as a result of a reduction in force, including those displaced and laid off as a result of City-wide displacements, shall receive notice of displacement and/or layoff no less than one (1) calendar week prior to the demotion or separation. A copy of such notice shall be sent to the Local Union President.

3. Notice of recall or offer of reemployment to laid off employees shall be sent by certified mail to the person's last address of record. It shall be the responsibility of the laid off employee to notify the Human Resources Department immediately of any change of address. Failure of the laid off employee to respond to the notice of recall or reemployment within ten (10) working days shall be considered a voluntary quit unless good cause for the employee's failure to respond is shown.

4. Exceptions to the above notice requirements shall be allowed in individual cases where the failure to give timely notice resulted from error or unforeseen circumstances beyond the control of management.

J. **PROCEDURAL ASPECTS:** Unless otherwise provided for, the procedure for the administration of the provisions of this Article shall be in accordance with Human Resources Department Rules as adopted by the Civil Service Commission in effect on July 1, 1994. No substantive provision of this Article, however, shall be varied by any contrary or conflicting Human Resources Department Rules. Any dispute concerning reduction in force, recall or reemployment procedures shall be a proper subject for Special Conference between the parties.

K. **DISCONTINUANCE OF ENTIRE OPERATIONS:** When operations are discontinued, employees affected will be given available work in the City in accordance with the Reduction in Force Article of this Agreement.

The City will make reasonable efforts to place such laid off employees, who are not returned to City employment under provisions of the Reduction in Force Article, in new or other available positions for which such employees are qualified based upon their history of employment and training. Such placement shall be made from among those employees who qualify in order of their total City seniority.

The City's efforts in re-employing employees laid off as a result of discontinuance of operations shall be a proper subject for Special Conference between the parties. The Union shall be informed of placements under the provisions of this Article.

# 17. UNEMPLOYMENT COMPENSATION SUPPLEMENTAL UNEMPLOYMENT BENEFITS

A. **UNEMPLOYMENT COMPENSATION:** Employees covered by this Agreement shall receive unemployment benefits in accordance with the unemployment insurance plan administered by the Michigan Employment Security Commission under the Michigan Employment Security Act.

B. **SUPPLEMENTAL UNEMPLOYMENT PLAN:** Subject to all of the following rules and qualifications, employees shall be entitled to Supplemental Unemployment Benefits (S.U.B.).

**Section 1. Application for Supplemental Unemployment Benefits:** No employee shall be eligible for S.U.B. unless and until he/she shall have made due application therefore in accordance with the procedure established by the City and shall have met the eligibility requirements of Section 2 of this Article. Such an employee shall be considered as an applicant.

**Section 2. Eligibility for Supplemental Unemployment Benefits:** An applicant shall be eligible for S.U.B. only if he/she is on layoff from the City with respect to the week for which application is made, and he/she did not work for another employer during such week, and if:
a. such layoff:
1. was from the Bargaining Unit;
2. occurred in a reduction in force;

3. was not for disciplinary reasons and was not a consequence of (i) any strike, slowdown, work stoppage, picketing (whether by his/her bargaining unit or any other), or concerted action, or any dispute of any kind involving City employees, or (ii) any fault attributable to the applicant, or (iii) any war or hostile act of a foreign power (but not government controls or regulation connected therewith), or (iv) sabotage or insurrection, or (v) any act of God, and;

4. was not self elected.

b. with respect to such week, the applicant:
1. had sufficient seniority to be eligible for one week's benefit;
2. has registered at and has reported to an employment office of the Michigan Employment Security Commission as required by the MESC;
3. has received unemployment compensation from MESC not currently under protest;
4. has not refused to accept work when recalled pursuant to the Collective Bargaining Agreement and has not refused an offer by the City of other available work which the applicant has no option to refuse under the Collective Bargaining Agreement;
5. has not failed to report for interview within five (5) working days after notice of recall from the City;
6. has not failed through any fault of his/her own to report for hire at the employing department within five (5) working days after certification;
7. was not eligible for and was not claiming any accident or sickness or other disability benefit (other than a disability benefit which would be payable to the applicant whether he/she was working full time or not or a survivor's allowance under Worker's Compensation laws), whether publicly or privately financed, or a pension or retirement benefit financed in whole or in part by the City;
8. was not in military service;
9. did not receive any unemployment benefit from, or under any contract, Plan or arrangement of, any other employer, and he/she was not eligible for such a benefit from, or under any contract, plan or arrangement of, any employer with whom he/she has greater seniority than with the City;
10. must have been on continuous layoff from the City for 30 consecutive calendar days; whereupon he/she will be eligible retroactively for benefits commencing after the second week of lay off;
11. must not be on layoff from a classification designated as special service, limited term, part-time, Provisional, contractual, limited status, or for which the duration of employment is listed as seasonal;
12. must have at least eighteen (18) months total City seniority.

c. an employee shall forfeit permanently all eligibility for S.U.B. if he/she shall misrepresent any material fact in connection with an application by him/her for any S.U.B. or other unemployment compensation. Furthermore, he/she shall be subject to disciplinary action upon his/her return to active status.

**Section 3. Powers and Authority to the City:** The City shall have such Powers and authority as are necessary and appropriate in order to carry out its duties under this Article, including without limitation the following:

a. to obtain from employees, persons filing applications for benefits, eligible persons and elsewhere such information as the City shall deem necessary in order to carry out its duties under this Article;

b. to investigate the correctness and validity of information furnished by any person who applies for a benefit;

c. to make appropriate determinations pursuant to this Article;

d. to require an applicant to exhibit his/her MESC Unemployment Benefit check for the week with respect to which application for S.U.B. is made, or to submit evidence satisfactory to the City of receipt or entitlement to receive a MESC unemployment benefit.

**Section 4. Amount of Weekly Supplemental Benefit:** An applicant who meets all the eligibility requirements of this Article shall be entitled to a weekly Supplemental Unemployment Benefit in the amount of forty-five ($45) dollars.

**Section 5. Duration of Supplemental Benefit:** An eligible applicant shall be entitled to one (1) week of S.U.B. for every month of total City seniority, not to exceed in any case a maximum of twenty-six (26) weeks duration for any continuous layoff.

**Section 6. Offset for Back Wages:** All compensation received under this Article shall be offset against any claim for back wages.

# 18. TRANSFER AND PROMOTIONS

## A. GENERAL PROVISIONS:

1. In accordance with the provisions of this Article, the order of filling vacancies in a classification in the bargaining units covered by this Agreement shall be as follows:

   a. Transfers in grade within the department.
   b. Promotions within the department (subject to the recall rights of laid off employees).

   If a vacancy cannot be filled from within the department, the department may take steps to fill the vacancy from outside the department.

2. Where a status change has been submitted proposing to transfer-promote a bargaining unit member to an available vacancy in another department, the current employing department must approve or disapprove the proposed transfer-promotion within fifteen (15) working days. Any disapproval must be for substantial reasons. Upon approval of the status change by the Human Resources Department, the employee shall be released to accept the transfer-promotion within thirty (30) calendar days.

3. Members of the bargaining unit shall be given consideration for promotional opportunities in their occupational series which are outside the bargaining unit in accordance with departmental practices or as provided for in departmental supplementals. Factors to be considered in promotional decisions shall include experience, work performance, demonstrated abilities and seniority.

4. Deviations from the procedures provided in this Article for filling vacancies in the bargaining unit shall be permitted by mutual agreement of the parties where such action (demotion or lateral move) is consistent with the provisions of the Americans with Disabilities Act (ADA) or to facilitate the return to work of persons disabled as a result of illness or injury.

B. **TRANSFERS WITHIN THE DEPARTMENT:**

Employees shall have the opportunity to request transfers within classification to other locations or shifts in anticipation of future vacancies. When an opening has been declared to exist, an employee who has filed a written request on a form provided by the Employer shall be granted the transfer to that location or shift provided the following has been complied with:

1. A properly prepared transfer form has been completed and filed with the department human resources office:

   a. Any request filled out incorrectly or incompletely shall be returned to the employee for correction.

   b. The transfer request form will be distributed as follows:
      (1) A copy to the Department.
      (2) A copy to the Local Union President.
      (3) A copy to the Employee.

2. Where more than one employee has requested transfer to that location or shift, the transfer will be made according to seniority.

3. Once action has been taken by the department in implementing the request for transfer, an individual will not be allowed to change his/her mind. If a proper cancellation form has been received prior to action on the request on file, it will be honored.

4. Once the transfer request has been honored, the employee will be required to remain at the new location or shift for a period of six (6) months before another transfer request will be honored.

5. All transfer requests will be kept on file for one (1) year. If not acted upon they will be voided and returned to the employee. A new transfer request to that location or shift may then be submitted.

6. Temporary vacancies as defined in Article 32 - Temporary Assignments, will not be subject to transfer request.

**Note:** Disputes that arise as a result of transfer requests shall be brought directly to Step 3 of the grievance procedure.

## C. PROMOTIONS WITHIN THE DEPARTMENT:

1. Promotional opportunities to current and/or anticipated future permanent vacancies shall be posted throughout the department for a period of ten (10) working days so that interested persons shall have the opportunity to make application. Such postings shall include a description of the qualifications necessary for promotion to the classification.

2. The qualifications of those applying shall be evaluated by the Human Resources Department. The factors used in evaluating applicants for promotion shall include the following:

   a. Education, training and experience as applied to the requirements of the classification.
   b. Past work performance and work habits.
   c. Written and/or demonstration test relevant to the classification.

   **Note:** Where the promotional opportunity is to a higher level position in an occupational series requiring specific education, training and experience as set out in the job specification for the classification, the Human Resources Department may waive the written and/or demonstration test for all applicants. Applicants will be evaluated on the non-test parts of the examination.

   To be adjudged qualified for promotion to the class, the applicant must receive a satisfactory rating on each part of the evaluation. Those persons who are adjudged not qualified for promotion at this time based on the non-test parts of the evaluation will be so advised. At their request, such persons will be permitted to take the written or demonstration test, and if they pass, the results shall be used for subsequent postings.

   Applicants who previously passed the written or demonstration test parts of the evaluation will not have to retake such tests on subsequent postings but must re-apply and be re-evaluated on the non-test factors.

   All candidates who are adjudged qualified for the promotional opportunity will be placed on an eligibility list in accordance with their seniority.

3. The most senior person on the eligible list will be given the first promotional opportunity. If the most senior employee is denied the promotional opportunity, the reasons will be given in writing to the employee with a copy to the Local President. Such denial must be for substantial reasons. The promoted employee will receive the rate for the class to which he/she is promoted.

   If the most senior person is off work due to illness or injury, he/she will be requested to present current medical documentation including the expected date of his/her return to active employment. If this documentation substantiates that he/she will be able to return to work within sixty (60) days, the promotional opportunity will be held in abeyance. In the interim period, the department may temporarily fill the position on an out-of-class basis in accordance with the provisions of Article 32. In all situations where the most senior employee is not able to return to work and perform the essential duties of the position within the sixty (60) day period, the next person on the eligible list will be offered the promotional opportunity. The unavailable employee's name will remain on the eligible list in accordance with his/her seniority.

**Seasonal Workers:** Bargaining unit members who were on promotional lists for a department prior to their seasonal layoffs shall remain on such promotional lists and will be eligible for promotion in accordance with their City seniority from such lists while on seasonal layoff and after rehire for the following season in the same or other City department.

4. Promotional lists shall remain in effect for a period of one (1) year from the date of adoption. Upon adoption, a copy of the promotional list will be furnished by the human resources representative to the Local President.

5. **Trial Periods:**

   a. Unless otherwise specified below, employees promoted from established lists shall serve a three (3) month trial period except where a three (3) month extension is requested by the Employer after discussion with the Union

   b. Employees promoted from established lists into the following classifications or series shall serve a six (6) month trial period: Inspectors in the Building and Safety Engineering Department, Community Nutrition Assistants, Licensed Practical Nurses, and all other classifications which require a four (4) year college degree as a minimum entrance requirement.

      Employees promoted from established lists into the following classifications and series shall serve a six (6) month trial period: Apprentices, Community Services Assistants, Registered Nurses, Sanitarians, and Social Workers. This probationary period may be extended for any additional period up to three (3) months after prior notice and discussion with the Local Union President. The reasons for the extension will be given in writing to the employee and the Local Union President.

6. During the trial period, the employee shall have the opportunity to revert to his/her former classification. Notice of such desire must be given in writing to the Employer.

7. Employees who are found to be unsatisfactory during the trial period shall be reverted back to their former classification. Notice of such action and reasons shall be given in writing to the employee and the Local President prior to the reversion.

8. Upon satisfactory completion of the trial period, the promoted employee will be able to exercise his/her total City seniority in the new classification.

9. **Promotions from Trainee Classifications:** The requirement of posting shall not apply to promotions from a trainee or "junior" level classification to the next level in the occupational series. In such situations, the most senior trainee or "junior" level employee will be promoted provided he/she:

   a. has served a minimum of twelve (12) months in the trainee or "junior" class,

   b. has demonstrated his/her qualifications for the class to which he/she is to be promoted, and

   c. has not been subject to a suspension of record during the four (4) month period immediately preceding the promotion.

The above provision does not prevent the department from promoting a qualified employee from the trainee or "junior" classification at any time after the initial probation period provided other employees in the department with twelve (12) or more months of service who have met the above criteria have been promoted first.

10. **Exception:** It is recognized that exceptions from the above provisions can be made for affirmative action purposes when career development programs are instituted for affirmative action purposes in accordance with Article 47 of this Agreement.

## D. REQUESTS FOR TRANSFER BETWEEN DEPARTMENTS:

Employees may request a transfer within classification to another City department by filing an inter-department transfer application with the Human Resources Department.

To be considered, such application must be on file with the Human Resources Department at least thirty (30) days prior to receipt of a personnel requisition for that classification for the requested departments.

When a requisition is submitted to fill a vacancy, a transfer in classification between departments will be made from the inter-departmental transfer request list in accordance with seniority and in such a manner as will not adversely affect operations of the department.

Inter-department transfer request applications shall remain on file for the duration of the Agreement.

Employees transferred between departments shall serve a three (3) month departmental trial period. Employees found to be unsatisfactory during the trial period shall be returned to their former department.

The City agrees to make efforts to fill vacancies upon appropriate approvals by the Human Resources Department within a reasonable period of time based on the circumstances. If the transfer is not implemented within ninety (90) calendar days, the Employer will notify the Local Union President as to the reasons the employee has not been released for transfer.

## E. REQUESTS FOR TRANSFER-PROMOTION BETWEEN DEPARTMENTS:

Employees seeking a transfer-promotion to another department in a classification for which they believe they qualify may file an interdepartmental transfer-promotion application with the Human Resources Department.

To be considered, applications for transfer-promotions must be on file with the Human Resources Department at least thirty (30) days prior to receipt of a personnel requisition for that classification for the requested department(s).

When a requisition is submitted which creates a transfer-promotional opportunity in any unit defined in Exhibit I and such cannot be filled in accordance with Section C of this Article, the transfer-promotion request list of applicants on file with the Human Resources Department will be used to fill such requisition.

The most senior applicant on the list who is adjudged qualified will be given the first promotional opportunity to fill the vacancy. If the senior employee is denied the promotional opportunity, the reasons for denial will be given, in writing, to the employee and a copy to the employee's Local Union President.

The qualifications of applicants shall be evaluated by the Human Resources Department using the same evaluation factors as listed in Section C of this Article. Applicants adjudged not qualified at this time on the basis of non-test factors, will be so advised. Upon their request, they will be permitted to take any required written and/or demonstration test for the class, and if they pass, the results will be available for use for future openings.

Written notice will be given to the Human Resources Department and the employee's Local Union President if the employee refuses to accept a promotional opportunity under this section. Such employee will be considered for future promotional opportunities on a seniority basis. Inter-departmental transfers-promotion request applications shall remain on file for the duration of the Agreement.

If an employee accepts a promotion under this section, he/she shall serve a trial period, in accordance with C-5-6-7 of this Article.

If the employee does not complete the trial period because of the provisions above, the employee shall return to a position in the classification in the department from which he/she was promoted. Wherever practicable, the employee will be offered the same shift and work location with full seniority rights.

F. **EFFECT OF RECALL ("BLOCKING") LISTS AND PREFERRED ELIGIBLE LISTS ON TRANSFERS AND PROMOTIONS:**

1. No available vacant position in any City department can be filled by promotion, transfer-promotion or new hire until laid off or demoted employees on the recall list for the class have been offered placement to the available position in accordance with their seniority as provided in Article 16 - Reduction in Force, Lay Off, Demotion and Recall.

2. Any available vacant position resulting after implementation of transfers under Sections B or D of this Article, shall be filled first from the recall list for the class. If there is no recall list for the class, then the persons on the preferred eligible list for the class shall be offered placement to the available position in accordance with their seniority before any new employees may be hired.

3. In all cases where an available position cannot be filled in accordance with Sections B, C, D, and E of this Article, and in the absence of a recall list for the class, persons on the preferred eligible list for the class shall be offered placement to the available position in accordance with their seniority before any new employees may be hired.